# MEMORANDUM OPINIONS

PEOPLE *v.* RONALD BROWN. Appeal from Recorder's Court of Detroit, George W. Crockett, Jr., J. Submitted Division 1 August 31, 1971, at Detroit. (Docket No. 9647.) Decided September 30, 1971.

*Frank J. Kelley*, Attorney General, *Robert A. Derengoski*, Solicitor General, *William L. Cahalan*, Prosecuting Attorney, *Dominick R. Carnovale*, Chief, Appellate Department, and *Gerard A. Poehlman*, Assistant Prosecuting Attorney, for the people.

*Robert E. McCall*, for defendant on appeal.

Before: LESINSKI, C. J., and J. H. GILLIS and V. J. BRENNAN, JJ.

PER CURIAM. The defendant was convicted by a jury of knowingly accepting money without consideration from the earnings of a prostitute. MCLA § 750.457 (Stat Ann 1954 Rev § 28.712). He was sentenced to a term of 3–20 years in prison.

The defendant questions the constitutionality of the statute on the basis that the phrase "without consideration" is too vague, and he also attacks the jury instruction which permitted the jury to consider whether the consideration bore a reasonable relationship to the value of the goods and services.

On the authority of *People* v. *Hill* (1971), 32 Mich App 404, we hold that the issues raised are without merit. See also *People* v. *Jackson* (1937), 280 Mich 6. No argument or formal submission is required.

The motion to affirm is granted.